

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellee has filed a Motion to Dismiss or in the Alternative Motion to Re-Plead or in the Alternative Request for Extension of Time. Noting this court's prior orders dated December 4, 2014, and December 8, 2014, specifying the two trial court orders before the court in this appeal, appellee asserts the appellant's brief ignores those orders and "addresses every issue ever litigated." Appellee's motion to dismiss and motion to re-plead are DENIED; however, in disposing of this appeal, this court will consider only those issues raised in appellant's brief that relate to the orders this court has expressly identified as the subject of this appeal. Appellee's request for an extension of time is GRANTED. Appellee's brief must be filed no later than March 2, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court